# Court of Appeals
# of the State of Georgia

ATLANTA,  June 06, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1523. CUBA A. MARTIN, III v. THE STATE.

Following a 2015 jury trial, Cuba A. Martin, III was convicted of false imprisonment, theft, and other crimes. This Court subsequently affirmed Martin's convictions in an unpublished opinion. *Martin v. State*, Case No. A19A1527 (September 11, 2019). In January 2023, Martin filed a motion to dismiss the criminal case against him for lack of subject matter jurisdiction, asserting that the statutes under which he was charged were invalid. The trial court denied that motion, and Martin filed this direct appeal. We lack jurisdiction.

Martin's motion shows that regardless of its nomenclature, it sought to set aside or vacate his conviction and sentence. See *State v. Bell*, 274 Ga. 719, 719 (1) (559 SE2d 477) (2002) (when a court considers pleadings, substance controls over nomenclature); *Sledge v. State*, 312 Ga. App. 97, 98 (1) (717 SE2d 682) (2011) ("[c]ourts should examine the substance of a motion, rather than its nomenclature, to determine what sort of relief is sought"). As the Supreme Court of Georgia has made clear, however, a post-conviction motion challenging the validity of a conviction and seeking to set aside or vacate the same is not a valid procedure in a criminal case. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Williams v. State*, 283 Ga. 94, 94 (656 SE2d 144) (2008). Thus, any effort to appeal from the denial of such a motion must be dismissed. *Roberts*, 286 Ga. at 532; *Harper v. State*, 286 Ga. 216, 218 (2) (686 SE2d 786) (2009).

In light of the foregoing, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,__06/06/2023_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*, Clerk.*